IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

V.                    CASE NO. 19-CR-50074-001, -002

**MARION BOONE WISE III and**
**SHERRY FINN**                                              **DEFENDANTS**

## OPINION AND ORDER

Currently before the Court are Motions to Authorize Funds for Expert Services and Expenses (Docs. 33 & 35) filed by each Defendant in this case. For the following reasons, both Motions (Docs. 33 & 35) are **GRANTED**.

Counsel for each Defendant requests authorization to obtain the services of forensic toxicologist Jarrad R. Wagner. The Defendants are charged with conspiring to distribute heroin, resulting in the death of a person. Counsel explain that the services of a forensic toxicologist are necessary because the autopsy report concludes that the deceased ingested not only heroin, but also methamphetamine, and it is therefore unclear which controlled substance(s) caused the death.

The Court finds that the requested expert services are necessary under 18 U.S.C. § 3006A(e)(1) and authorizes counsel for each Defendant to obtain the expert services of Dr. Wagner. The compensation to be paid to Dr. Wagner shall not exceed $2600.00 per Defendant, exclusive of expenses, with care taken to ensure that duplicate charges are not being made for the same services. *See* 18 U.S.C. § 3006A(e)(3); *Guide to Judiciary Policy* § 310.20.10. The instructions and form for seeking expert compensation

1

can be found at: *https://www.uscourts.gov/forms/vouchers/authorization-and-voucher-expert-and-other-services*.

If it is anticipated that compensation will exceed $2600.00 per Defendant, advance approval must be obtained from this Court and the Chief Judge of the Circuit. *See* 18 U.S.C. § 3006A(e)(3); *Guide to Judiciary Policy § 310.20.20.*

**IT IS SO ORDERED** on this 9th day of January, 2020.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE